IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BINDHU LANG,                                )
                                            )   No. C 09-3997 JSW (PR)
       Petitioner,                        )
                                            )   **ORDER DISMISSING PETITION AS**
  v.                                        )   **FILED IN ERROR; NO FILING FEE**
                                            )   **IS DUE**
CALIFORNIA DEPARTMENT                       )
OF CORRECTIONS AND                          )
REHABILITATION,                             )
                                            )
       Respondents                        )
_____         )
                                            )

      Petitioner, a prisoner of the State of California currently incarcerated at Pleasant Valley State Prison in Coalinga, California, filed a request for information on the statute of limitations which the Clerk construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a motion to proceed *in forma pauperis.* However, because Petitioner has promptly informed the Court that he did not intend to file a habeas corpus petition, no fee is due on this matter.

      Because Petitioner did not intend to file a petition, this matter is now DISMISSED as filed in error. Petitioner is advised that the Court cannot provide legal advice regarding the statute of limitations in a future habeas action. The Clerk shall enter judgment in this matter and close the file.

      IT IS SO ORDERED.

DATED: October 30, 2009

_____
JEFFREY S. WHITE
United States District Judge

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | FOR THE |
| 3   | NORTHERN DISTRICT OF CALIFORNIA |

BINDHU LANG,

        Plaintiff,

  v.

CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION, et al,

        Defendant.

                                           /

Case Number: CV09-03997 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bindhu Lang
P.V.S.P.
P.O. Box 8501
F11367
Coalinga, CA 93210

Dated: October 30, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk